**Order entered November 4, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00896-CR

**WARREN DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F08-51421-Y**

## ORDER

The Court **REINSTATES** the appeal.

On October 22, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On October 31, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 22, 2013 order requiring findings.

We **GRANT** the October 31, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    DAVID EVANS
          JUSTICE